Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7153 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Mario Cabello (2006-0098846) v. Cook County Dep't of Corrections, et al. | | |

**DOCKET ENTRY TEXT:**

On the Court's own motion, Plaintiff is given 21 days from the date of this order to submit an amended complaint in accordance with the Court's order of 2/7/08. The clerk shall forward to Plaintiff at the Cook County Jail a copy of the 2/7/08 order, along with a copy of this order. Plaintiff is again warned that his case will be dismissed if he fails to comply with the 2/7/08 order within 21 days of the date of this order.

Docketing to mail notices.

isk