# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7153 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Mario Cabello (2006-0098846) v. Cook County Dep't of Corrections, et al. | | |

**DOCKET ENTRY TEXT:**

Having not received an amended complaint or any pleadings from Plaintiff in accordance with the Court's February 7.2008 and June 4, 2008 orders, the Court dismisses this case without prejudice. Fed. R. Civ. P. 41(b). All pending motions are denied. If Plaintiff is no longer incarcerated, Cook County Jail officials shall forward this order to Plaintiff's last known address.

Docketing to mail notices.

isk